UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSH THOMAS,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>WILKINSON, et al.,<br><br>　　　　Defendants. | 1:15-cv-00527-LJO-GSA-PC<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS IN FULL<br>(ECF No. 49.)<br><br>ORDER GRANTING DEFENDANT TEHRANI'S RULE 12(b)(6) MOTION TO DISMISS CLAIMS AGAINST HER AS BARRED BY STATUTE OF LIMITATIONS, WITH PREJUDICE<br>(ECF No. 31.)<br><br>ORDER DISMISSING DEFENDANT TEHRANI FROM THIS ACTION |

　　　Josh Thomas ("Plaintiff") is a state prisoner proceeding *pro se* in this civil rights action pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

　　　On February 10, 2017, findings and recommendations were entered, recommending that defendant Tehrani's Rule 12(b)(6) motion to dismiss the claims against her as barred by the statute of limitations be granted, with prejudice, dismissing defendant Tehrani from this case. (ECF No. 49.) The parties were granted thirty days in which to file objections to the findings and recommendations. (Id.) To date, no objections have been filed.

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(B) and Local Rule 304, this court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and proper analysis.

Accordingly, **THE COURT HEREBY ORDERS** that:

1. The findings and recommendations issued on February 10, 2017, are ADOPTED IN FULL;
2. Defendant Tehrani's Rule 12(b)(6) motion to dismiss the claims against her as barred by statute of limitations, filed on August 29, 2016, is GRANTED, with prejudice;
3. Defendant Tehrani is DISMISSED from this action, for Plaintiff's failure to state any claims against her upon which relief may be granted; and
4. This case is referred back to the Magistrate Judge for further proceedings.

IT IS SO ORDERED.

Dated:  **March 22, 2017**          /s/ Lawrence J. O'Neill
                                     UNITED STATES CHIEF DISTRICT JUDGE